RAY & SEYB LLP
Charles M. Ray, Esq. SBN 282440
2062 Business Center Dr. Ste. 230
Irvine, CA 92612
Telephone: 949-260-2054
Facsimile: 949-258-5240
c.ray@rayseyb.com

Attorneys for Plaintiff:
BRYAN HUBBARD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRYAN HUBBARD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, a public entity; ANTHONY C. MARRONE, Chief of Los Angeles County Fire Department, and DOES 1 through 100, inclusive,<br>　　　　　　　　Defendants. | Case No.: 2:23-cv-03541-PA (RAOx)<br><br>[Assigned for all purposes to Honorable Percy Anderson – Crtm 9A]<br><br>**DECLARATION OF CHARLES M. RAY IN SUPPORT PLAINTIFFS' NOTICE AND FILING OF OPT-IN PLAINTIFF CONSENT FORMS AS ORDERED PURSUANT TO DKT. NO. 32.**<br><br>Trial Date: June 11, 2024<br>FSC: May 17, 2024 |

## DECLARATION OF CHARLES M. RAY

I, Charles M. Ray, do declare and state as follows:

1. I am a principal of Ray & Seyb LLP, counsel of record for Plaintiff BRYAN HUBBARD et al. I have personal knowledge of the matters stated herein and, if called upon as a witness, I could and would competently testify thereto.

2. I make this Declaration in support of **PLAINTIFFS' NOTICE AND FILING OF OPT-IN PLAINTIFF CONSENT FORMS AS ORDERED PURSUANT TO DKT. NO. 32.**

3. In response to Dkt. Entry No. 32, Counsel for Plaintiffs contracted with Simpluis, a comprehensive corporate, financial, and legal administration servicer to dispatch and collect the notice and consent forms in the matter.

4. After receiving confirmation from Counsel for Defendant on the notice and consent forms themselves and the data necessary for dispatch, all documentation was mailed out.

5. The dispatch date was November 24, 2023, with a deadline (60 Days) of January 23, 2024.

6. On January 30, 2024, Simpluris sent the attached excel spreadsheet (Auto sorted by Counsel for Plaintiffs) and opt-in forms via email to Counsel for Plaintiffs.

7. A true and correct copy of the Simpluris excel spreadsheet (Auto sorted by Counsel for Plaintiffs) is attached hereto as **Exhibit 1**. A true and correct copy of the opt-in forms collected by Simpluris is attached hereto in one file as **Exhibit 2**.

I declare under penalty of perjury, that the foregoing is true and correct. Executed this 30th day of January 2024 at Irvine, California.

By: *[signature]*
Charles M. Ray
Attorney for Plaintiffs
Bryan Hubbard, et al. and Declarant