1  Ray & Seyb LLP
   Charles M. Ray, Esq. SBN 282440
2  2062 Business Center Dr. Ste. 230
   Irvine, CA 92612
3  Telephone: 949-734-7333
   Telephone: 949-260-2054
4  c.ray@rayseyb.com

5  Attorneys for Plaintiffs:
   BRYAN HUBBARD, individually and on
6  behalf of all others similarly
   situated,
7
## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| BRYAN HUBBARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; ANTHONY C. MARRONE, Chief of Los Angeles County Fire Department, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03541-PA (RAOx)<br>[Assigned for all purposes to Honorable Percy Anderson– Crtm 9A]<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' MOTION FOR RELIEF.**<br><br>Hearing Date: June 3, 2024<br>Time: 1:30 p.m.<br>Dept.:9A<br><br>Trial Date: October 15, 2024 |

**TO THE COURT, DEFENDANTS THE COUNTY OF LOS ANGELES AND ANTHONY C. MARRONE, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs file this Notice of Errata to correct an error in the Motion for relief that is found at Docket at Entry No. 52. The Certificate of compliance was inadvertently not included in that filing. Plaintiffs submit that compliance statement now, making no changes to arguments or the motion as a whole.

DATED: May 17, 2024

**RAY & SEYB LLP**

By: *[signature]*
Charles M. Ray
Attorney for Plaintiffs:
BRYAN HUBBARD et al.

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for Plaintiffs Bryan Hubbard et al., certifies that the brief filed under Dkt Entry No. 52, contains 2244 words, which complies with the word limit of LR. 11-6.1.

DATED: May 17, 2024  **RAY & SEYB LLP**

By: *[signature]*
Charles M. Ray
Attorney for Plaintiffs:
BRYAN HUBBARD et al.