JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HUBBARD, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>          Defendants. | No.  CV 23-3541 PA (RAOx)<br><br>JUDGMENT |

In accordance with the Court's June 6, 2024 Minute Order granting, in part, the Motion for Summary Judgment filed by defendants County of Los Angeles and Anthony C. Marrone (collectively, "Defendants"), and denying plaintiff Bryan Hubbard and the 166 opt-in plaintiffs' (collectively, "Plaintiffs") Motion for Relief,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     Defendants are entitled to summary judgment on Plaintiffs' FLSA claims for unpaid overtime wages;

2.     Plaintiffs' claim for a writ of mandate is dismissed without prejudice;

3.     Plaintiffs shall take nothing and Defendants shall have their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: June 7, 2024

_____
Percy Anderson
United States District Judge